AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

PLAINTIFF,

Kelly Smith

v.

DEFENDANT,

Maggie Miller-Stout

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-004-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED this action is DISMISSED without prejudice for failure to comply with the filing fee requirements as required by 28 U.S.C. § 1915(a)(1), and for failure to prosecute.

May 19, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*
Vikki Johnson